```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

ROBERT TERRY,                  :
                                         Civil Action No. 05-4644 (DRD)
         Petitioner,           :

         v.                    :    **ORDER**

RONALD H. CATHEL,              :    **CLOSED**

         Respondent.           :


For the reasons set forth in the Opinion filed herewith,

IT IS on this 16<u>th</u> day of <u>August</u>, 2006,

ORDERED that the Petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), Petitioner having failed to make a substantial showing of the denial of a constitutional right; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.


                                   **/s/ Dickinson R. Debevoise**
                                   Dickinson R. Debevoise
                                   United States District Judge